UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

EUGENE DUNCAN AND ON BEHALF OF HIMSELF
AND ALL OTHERS SIMILARLY SITUATED,

                Plaintiffs,

v.

JAMESTOWN PREMIER CHELSEA MARKET,

                Defendant.

------------------------------------- x

Case No.: 1:19-CV-05084

**STIPULATION OF DISMISSAL WITH PREJUDICE**

    Plaintiff and Defendant, pursuant to the Federal Rules of Civil Procedure, hereby move to dismiss this action with prejudice, a resolution of all matters in dispute having been made pursuant to a Confidential Settlement Agreement executed between the parties.  Each party shall bear their own attorneys' fees and costs, except as otherwise agreed to by the parties pursuant to the Confidential Settlement Agreement.

Date:  ___JULY 18___, 2019

_____
Bradley Marks

**THE MARKS LAW FIRM PC**
175 Varick Street, 3rd Floor
New York, NY 10014
Tel:  (646) 770-0798
brad@markslawpc.com

Attorneys for Plaintiff

_____
Lewis S. Wiener

**EVERSHEDS SUTHERLAND (US) LLP**
700 Sixth Street, NW, Suite 700
Washington, DC 20001
Tel: (202) 383-0140
lewiswiener@eversheds-sutherland.com

Attorneys for Defendant

SO ORDERED:

_____
J. PAUL OETKEN
United States District Judge

Date:  July 30, 2019